**John and Louise MINEHART, Appellants,**

v.

**Greg and Ann LEVER, Respondents.**

**No. WD 45800.**

Missouri Court of Appeals, Western District.

Dec. 1, 1992.

Thomas Farnum, Kansas City, for appellants.

Brian T. Meyers, Kansas City, for respondents.

Before LOWENSTEIN, C.J., and SHANGLER and HANNA, JJ.

### ORDER

PER CURIAM:

Appellants appeal from an adverse judgment finding for the respondents on their claim of constructive eviction and awarding rent and damages.

The judgment is affirmed. Rule 84.16(b).